1
**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
2
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
3
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
4
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
5
AML@lagomarsinolaw.com
Melanie@lagomarsinolaw.com
6
*Attorneys for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10 S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually; | CASE NO.: 2:17-cv-02380-MMD-PAL |
| 11 | |
| 12 Plaintiffs, | |
| 13 v. | **STIPULATION TO EXTEND BRIEFING DEADLINES RELATIVE TO DEFENDANTS IVAN RAY TIPPETTS AND LESLIE TIPPETTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND JOINDERS THERETO (ECF. NO. 22-25)** |
| 14 CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST, a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual, TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, an Individual; TRENT HANSEN, LCSW, an Individual; | |
| 15 | |
| 16 | |
| 17 | |
| 18 | *(First Request)* |
| 19 | |
| 20 Defendants. | |

21
. . .
22
. . .
23
. . .
24
. . .
25
. . .
26
. . .
27
. . .
28

WHEREAS Defendants IVAN RAY TIPPETTS and LESLIE TIPPETTS collectively filed a Motion for Partial Judgment on the Pleadings, on November 1, 2017 (ECF No. 22); Defendants ILIA HAMPTON, LCSW, QMPH and TRENT HANSEN, LCSW collectively filed a Joinder to the Motion for Partial Judgment on the Pleadings, on November 2, 2017 (ECF No. 23); Defendants EAGLE QUEST OF NEVADA, INC. and EAGLE QUEST collectively filed a Joinder to the Motion for Partial Judgment on the Pleadings, on November 2, 2017 (ECF No. 24); and Defendants CLARK COUNTY, KEVIN BROWN and JULIANE HUGHES collectively filed a Joinder to the Motion for Partial Judgment on the Pleadings, on November 2, 2017 (ECF No. 25).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiffs to file their Response to *Defendants Ivan Ray Tippetts and Leslie Tippetts' Motion for Partial Judgment on the Pleadings* and Joinders thereto (ECF No. 22-25). The current deadline for Plaintiffs to respond to Defendants' Motion for Partial Judgment on the Pleadings, and Joinders thereto, is November 15, 2017. The new deadline for Plaintiffs to respond to Defendants' Motion for Partial Judgment on the Pleadings, and Joinders thereto, will be November 29, 2017.

This extension is the first request and is not for purposes of delay, but rather the Plaintiffs' attorneys have extensive briefing over the next three (3) weeks in several other complex cases that are nearing the close of discovery.

DATED this 10th day of November, 2017.

**LAGOMARSINO LAW**


  /s/  Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MELANIE L. THOMAS, ESQ. (#12576)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*

DATED this 10th day of November, 2017.

**OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI**


  /s/  Thomas A. Dillard, Jr.
THOMAS A. DILLARD, JR., ESQ. (#6270)
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0801
*Attorney for Defendants Clark County,*
*Kevin Brown, and Juliane Hughes*

. . .
. . .
. . .

DATED this 10th day of November, 2017.

**HALL PRANGLE & SCHOONVELD, LLC**


   /s/ John F. Bemis
JOHN F. BEMIS, ESQ. (#9509)
SARAH S. SILVERMAN, ESQ. (#13624)
1160 North Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 889-6400
Facsimile: (702) 384-6025
*Attorney for Defendants Eagle Quest of Nevada,*
*Inc., Eagle Quest, Ivan Ray Tippetts,*
*Leslie Tippetts, Ilia Hampton, LCSW, QMPH and*
*Trent Hansen, LCSW*

*S. H. John Doe, et. al. v. Clark County, et. al.*
*Case No.: 2:17-cv-02380-MMD-PAL*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: November 13, 2017
_____