UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| S.H., et al.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, et al.,<br><br>Defendant. | Case No. 2:17-cv-02380-MMD-PAL<br><br>ORDER<br><br>(Mot Service Publication – ECF No. 27) |

Before the court is Plaintiffs' Motion to Enlarge Time for Service and to Allow Service by Publication (ECF No. 27).

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Plaintiffs shall be **GRANTED** an additional 60 days, or until **February 8, 2018**, to serve Shera Williams and Tomisha Horn.
2. Plaintiffs' request to serve by publication is **DENIED without prejudice**.
3. Plaintiffs have leave to serve discovery requests to determine the last known address of Shera Williams and Tomisha Horn upon their employer/former employer Eagle Quest.
4. Eagle Quest shall have 14 days from service of plaintiff's written discovery requests to provide information in its possession, care, custody or control regarding the last known addresses and any contact information for Ms. Williams and Ms. Horn.

DATED this 30th day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE