JOHN F. BEMIS, ESQ.
Nevada Bar No. 9509
SARAH S. SILVERMAN, ESQ.
Nevada Bar No. 13624
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
jbemis@hpslaw.com
ssilverman@hpslaw.com
*Attorneys for Defendants Eagle Quest of Nevada, Inc.,*
*Eagle Quest, Ivan Ray Tippetts, Leslie Tippetts,*
*Ilia Hampton, LCSW, QMPH, and Trent Hansen, LCSW*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY,  a political subdivision of the State of Nevada; KEVIN BROWN,  an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST,  a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual; TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, an Individual; TRENT HANSEN, LCSW, an Individual;<br><br>Defendants. | CASE NO. 2:17-cv-02380 |

## STIPULATION AND ORDER TO DISMISS DEFENDANTS ILIA HAMPTON AND TRENT HANSEN WITH PREJUDICE

**HALL PRANGLE & SCHOONVELD, LLC**
1160 NORTH TOWN CENTER DRIVE
SUITE 200
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400  FACSIMILE: 702-384-6025

IT IS HEREBY STIPULATED and agreed by and between counsel that:

1.      ILIA HAMPTON was an employee/agent of EAGLE QUEST and was acting in the course and scope of her employment at all times during S.H. JOHN DOE's foster care placement. The parties agree that HAMPTON was acting in her individual and official capacity.

2.      Defendant EAGLE QUEST is liable for all acts and/or omissions of ILIA HAMPTON, attributed to her by a finder of fact. This does not mean that Plaintiffs may not pursue any other Defendants in this litigation on the basis of HANSEN's acts.

3.      Nothing in this stipulation will limit the evidence admitted at trial of acts and/or omissions of ILIA HAMPTON. Nor will this stipulation, alone, limit the Plaintiffs' ability to recover against any other Defendants in this case in any way.

4.      That Defendant ILIA HAMPTON may be dismissed, with prejudice, from the instant litigation in case 2:17-cv-02380, with each party to bear their own  attorneys'  fees  and costs.

5.      TRENT HANSEN was an employee/agent of EAGLE QUEST and was acting in the course and scope of his employment at all times during S.H. JOHN DOE's foster care placement.  The parties agree that HANSEN was acting in his  individual and official capacity.

6.      Defendant EAGLE QUEST is liable for all acts and/or omissions of TRENT HANSEN, attributed to him by a finder of fact.  This does not mean that Plaintiffs may not pursue any other Defendants in this litigation on the basis of HANSEN's acts.

7.      Nothing in this stipulation will limit the evidence admitted at trial of acts and/or omissions of TRENT HANSEN.  Nor will this stipulation, alone, limit the Plaintiffs' ability to recover against any other Defendants in this case in any way.

. . . .

8. That Defendant TRENT HANSEN may be dismissed, with prejudice, from the instant litigation in case 2:17-cv-02380, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 10th day of January, 2018.                    DATED this 10th day of January, 2018.

LAGOMARSINO LAW                                          HALL PRANGLE & SCHOONVELD, LLC

*/s/: Andre Lagomarsino, Esq.*                           */s/: John Bemis, Esq.*

ANDRE M. LAGOMARSINO, ESQ.                               JOHN F. BEMIS, ESQ.
Nevada Bar No. 6711                                      Nevada Bar No. 9509
Melanie L. Thomas, Esq.                                  SARAH S. SILVERMAN, ESQ.
Nevada Bar No. 12576                                     Nevada Bar No. 13624
3005 W. Horizon Ridge Parkway, #241                      1160 North Town Center Drive, Suite 200
Henderson, NV 89052                                      Las Vegas, NV 89144
*Attorneys for Plaintiff*                                *Attorneys for Defendants Eagle Quest of Nevada, Inc., Eagle Quest, Ivan Ray Tippetts, Leslie Tippetts, Ilia Hampton, LCSW, QMPH, and Trent Hansen, LCSW*

DATED this 10th day of January, 2018.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

*/s/: Thomas Dillard, Jr., Esq.*

THOMAS D. DILLARD, JR. ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
*Attorneys for Defendants
Clark County, Kevin Brown and
Juliane Hughes*

…

…

…

## ORDER

Pursuant to the foregoing stipulation of counsel for the moving parties, and good cause appearing therefore,

1.     ILIA HAMPTON was an employee/agent of EAGLE QUEST and was acting in the course and scope of her employment at all times during S.H. JOHN DOE's foster care placement. The parties agree that HAMPTON was acting in her individual and official capacity.

2.   Defendant EAGLE QUEST is liable for all acts and/or omissions of ILIA HAMPTON, attributed to her by a finder of fact. This does not mean that Plaintiffs may not pursue any other Defendants in this litigation on the basis of HANSEN's acts.

3.   Nothing in this stipulation will limit the evidence admitted at trial of acts and/or omissions of ILIA HAMPTON. Nor will this stipulation, alone, limit the Plaintiffs' ability to recover against any other Defendants in this case in any way.

4.   That Defendant ILIA HAMPTON may be dismissed, with prejudice, from the instant litigation in case 2:17-cv-02380, with each party to bear their own attorneys' fees and costs.

5.   TRENT HANSEN was an employee/agent of EAGLE QUEST and was acting in the course and scope of his employment at all times during S.H. JOHN DOE's foster care placement. The parties agree that HANSEN was acting in his   individual and official capacity.

6.   Defendant EAGLE QUEST is liable for all acts and/or omissions of TRENT HANSEN, attributed to him by a finder of fact.  This does not mean that Plaintiffs may not pursue any other Defendants in this litigation on the basis of HANSEN's acts.

7.   Nothing in this stipulation will limit the evidence admitted at trial of acts and/or omissions of TRENT HANSEN.  Nor will this stipulation, alone, limit the Plaintiffs' ability to recover against any other Defendants in this case in any way.

**HALL PRANGLE & SCHOONVELD, LLC**
1160 NORTH TOWN CENTER DRIVE
SUITE 200
LAS VEGAS, NEVADA  89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

8.  That Defendant TRENT HANSEN may be dismissed, with prejudice, from the instant litigation in case 2:17-cv-02380, with each party to bear their own  attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED this __10th__ day of __January_____, 2018.

_____
UNITED STATE DISTRICT COURT JUDGE

HALL PRANGLE & SCHOONVELD, LLC
1160 NORTH TOWN CENTER DRIVE
SUITE 200
LAS VEGAS, NEVADA  89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025