UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| S.H. JOHN DOE, et al., <br><br> Plaintiffs, <br> v. <br> COUNTY OF CLARK, et al., <br><br> Defendants. | Case No. 2:17-cv-2380-MMD-PAL <br><br> ORDER <br><br> (Mot Compel – ECF No. 60) |

Before the court is Plaintiffs' Motion to Compel Las Vegas Metropolitan Police Department's Response to Plaintiffs' Subpoena (ECF No. 60) filed July 9, 2018.

This is an action brought by the legal guardians of a minor child under the Federal Adoption Assistance Act and Child Welfare Act alleging thirteen claims for violation of plaintiffs' substantive due process rights. The complaint alleges the minor plaintiff was placed in a group home used exclusively for juvenile sex offenders. At the time he was placed in the group home, he was only ten years old. While he was in the group home, an older "high risk" thirteen-year-old juvenile was assigned to the same bedroom where the plaintiff John Doe was living. The complaint alleges that on February 14, 2017, the older juvenile forced the plaintiff John Doe into the closet of the shared bedroom and forcibly sodomized him.

Plaintiffs served a notice of deposition of the custodian of records for the Las Vegas Metropolitan Police Department on all parties in this case requesting LVMPD to produce "all police reports, records, photos, recordings, statements, or other documents pertaining to the incident that occurred on or about February 14, 2017."

LVMPD was served with the subpoena duces tecum on February 9, 2018. On February 21, 2018, LVMPD served an objection to the subpoena asserting that the documents were confidential because they involved an open criminal case. On June 7, 2018, counsel for plaintiff

1

conducted a telephonic meet-and-confer with Charlotte Bible, general counsel for LVMPD who stated that since the requested documents pertained to a criminal matter involving a juvenile, the information could not be released. A follow up meet-and-confer occurred on June 13, 2018, to discuss the subpoena. Ms. Bible confirmed that the criminal case was closed, but advised that an order from the court would be required since the material requested involved a juvenile. Ms. Bible also requested that the documents be subject to a protective order. Plaintiffs do not object to the documents being produced subject to a protective order, but request an order from the court compelling LVMPD to produce documents responsive to the subpoena duces tecum. A proposed form of protective order is attached as Exhibit "6" to the motion.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendants shall have until **July 23, 2018**, to file a response to the motion.
2. Non-Party LVMPD shall have until **July 23, 2018**, to file a response to the motion.
3. Plaintiffs shall have until **July 25, 2018** to file a reply.
4. A hearing on the motion is set for **9:00 a.m., July 26, 2018**, in Courtroom 3B.

DATED this 19th day of July, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2