CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
SARAH S. SILVERMAN, ESQ.
Nevada Bar No. 13624
CANDACE C. HERLING, ESQ.
Nevada Bar No. 13503
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
ctyler@hpslaw.com
ssilverman@hpslaw.com
cherling@hpslaw.com
*Attorneys for Defendants Eagle Quest of Nevada, Inc.,
Eagle Quest, Ilia Hampton, LCSW, QMPH,
and Trent Hansen, LCSW*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST, a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual; TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, an Individual; TRENT HANSEN, LCSW, an Individual;<br><br>Defendants. | CASE NO. 2:17-cv-02380<br><br><br><br>**DEFENDANTS EAGLE QUEST OF NEVADA, INC., EAGLE QUEST, ILIA HAMPTON, LCSW, QMPH, AND TRENT HANSEN, LCSW'S NOTICE TO TERMINATE AND SUBSTITUTE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney, JOHN F. BEMIS, ESQ., formerly of the law firm of HALL PRANGLE & SCHOONVELD, LLC, be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Mr. Bemis is no longer with the law firm of HALL PRANGLE & SCHOONVELD, LLC.

Additionally, the undersigned requests that CASEY W. TYLER, ESQ., of the law firm of HALL PRANGLE & SCHOONVELD, LLC, be substituted in as the attorney of record on the Court's docket and to be included on the CM/ECF service list(s) in this matter for Defendants EAGLE QUEST OF NEVADA, INC., EAGLE QUEST, ILIA HAMPTON, and TRENT HANSEN.

DATED this 29th day of August, 2018.

HALL PRANGLE & SCHOONVELD, LLC

By: */s/: Casey Tyler, Esq.*
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
SARAH S. SILVERMAN, ESQ.
Nevada Bar No. 13624
CANDACE C. HERLING, ESQ.
Nevada Bar No. 13503
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendants Eagle Quest of Nevada, Inc., Eagle Quest, Ilia Hampton, LCSW, QMPH, and Trent Hansen, LCSW*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that on the 29th day of August, 2018, I served a true and correct copy of the foregoing **DEFENDANTS EAGLE QUEST OF NEVADA, INC., EAGLE QUEST, ILIA HAMPTON, LCSW, QMPH, AND TRENT HANSEN, LCSW'S NOTICE TO TERMINATE AND SUBSTITUTE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** via E-Service through the U.S. District Court's CM/ECF filing system to the following parties:

| | |
|---|---|
| Andre M. Lagomarsino, Esq. | Thomas A. Dillard, Jr, Esq. |
| LAGOMARSINO LAW | OLSON, CANNON, GORMLEY, |
| 3005 W. Horizon Ridge Parkway, #241 | ANGULO & STOBERSKI |
| Henderson, NV 89052 | 9950 W. Cheyenne Ave. |
| AML@lagomarsinolaw.com | Las Vegas, NV 89129 |
| (702) 383-0065 – Facsimile | TDillard@ocgas.com |
| *Attorney for Plaintiff* | (702) 984-4012 – Facsimile |
| | *Attorneys for Defendants* |
| | *Clark County, Kevin, Brown and* |
| | *Juliane Hughes* |

        */s/: Diana Cox*
        An employee of HALL PRANGLE & SCHOONVELD, LLC

HALL PRANGLE & SCHOONVELD, LLC
1160 NORTH TOWN CENTER DRIVE
SUITE 200
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025