LIESL FREEDMAN
General Counsel
Nevada Bar No. 5309
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
Tel: (702) 828-4970
Fax: (702) 828-4973
Email: m16091c@lvmpd.com
*Attorneys for Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually,<br><br>Plaintiffs,<br><br>-vs-<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual; TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, and Individual; TRENT HANSEN, LCSW, an Individual;<br><br>Defendants. | Case No. 2:17-cv-02380<br><br>**LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE TO TERMINATE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney, MATTHEW J. CHRISTIAN, Assistant General Counsel for the Las Vegas Metropolitan Police Department ("LVMPD"), be terminated from this case and removed from the Court's docket and CM/ECF service list(s), as Mr. Christian appeared only for the one-time purpose of responding to a motion

1

OFFICE OF GENERAL COUNSEL
Las Vegas Metropolitan Police Department
400 S. Martin L. King Blvd.
Las Vegas, Nevada 89106
(702) 828-3310

to compel the production of records through a third-party subpoena. Mr. Christian's role in this case has concluded.

DATED this 5th day of September, 2018.

Respectfully submitted,

*/s/ Matthew J. Christian*
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
*Attorney for Las Vegas Metropolitan Police Department*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the Las Vegas Metropolitan Police Department and that on the 5th day of September, 2018, I served a true and correct copy of the foregoing **LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE TO TERMINATE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** via E-Service through the U.S. District Court's CM/ECF filing system to the following parties:

Andre M. Lagomarsino, Esq.
LAGOMARSINO LAW
3005 W. Horizon Ridge Parkway, #241
Henderson, NV 89052
AML@lagomarsinolaw.com
*Attorney for Plaintiff*

Thomas A. Dillard, Esq.
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 w. Cheyenne Ave.
Las Vegas, NV 89129
TDillard@ocgas.com
*Attorneys for Defendants Clark County, Kevin Brown and Juliane Hughes*

                                              */s/ Shandell Auten*
                                              An employee of the Las Vegas Metropolitan Police Department

OFFICE OF GENERAL COUNSEL
Las Vegas Metropolitan Police Department
400 S. Martin L. King Blvd.
Las Vegas, Nevada 89106
(702) 828-3310