**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually;<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST, a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual, TOMISHA HORN, an Individual;<br><br>Defendants. | CASE NO.:   2:17-cv-02380-MMD-PAL<br><br><br>**<u>NOTICE TO TERMINATE AND REMOVE ATTORNEY MELANIE L. THOMAS, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER</u>** |

PLEASE TAKE NOTICE that the that undersigned hereby requests that attorney Melanie L. Thomas, Esq., formerly of the law firm of LAGOMARSINO LAW, be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Ms. Thomas is no longer with the law firm of LAGOMARSINO LAW.

. . .

. . .

. . .

. . .

. . .

. . .

PLEASE TAKE FURTHER NOTICE that this notice relates only to Melanie L. Thomas, Esq. and that ANDRE M. LAGOMARSINO, ESQ. with the law firm of LAGOMARSINO LAW is still active in this case.

DATED this 28th day of August, 2018.

LAGOMARSINO LAW

ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: _October 9, 2018_.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 28th day of August, 2018, the foregoing **MOTION TO REMOVE ATTORNEY FROM ECF FILING and [PROPOSED] ORDER** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

Thomas A. Dillard, Jr., Esq.
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
tdillard@ocgas.com
mburgener@ocgas.com
*Attorney for Defendants Clark County, Kevin Brown, and Juliane Hughes*

John F. Bemis, Esq.
**HALL PRANGLE & SCHOONVELD, LLC**
jbemis@hpslaw.com
dcox@hpslaw.com
*Attorney for Defendants Eagle Quest of Nevada, Inc., Eagle Quest, Ivan Ray Tippetts, Leslie Tippetts, Ilia Hampton, LCSW, QMPH and Trent Hansen, LCSW*

_____
An Employee of **LAGOMARSINO LAW**