THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorneys for Defendants
Clark County, Kevin Brown
and Juliane Hughes

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual; TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, an Individual; TRENT HANSEN, LCSW, an Individual;<br><br>Defendants. | CASE NO. 2:17cv2380-MMD-PAL |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, individually ("Plaintiffs") and Defendants Clark County, Kevin Brown and Juliane Hughes ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiffs against Defendants Clark County, Kevin Brown

///

and Juliane Hughes, as set forth in the Plaintiffs' Complaint, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 25 day of January, 2019.

| OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI | LAGOMARSINO LAW |
|---|---|
| By _/s/ T.D. Dillard_<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 6270<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendants<br>Clark County, Kevin Brown<br>and Juliane Hughes | By _/s/ A. Lagomarsino_<br>Andre M. Lagomarsino, Esq.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>Attorney for Plaintiff |

## ORDER

IT IS SO ORDERED.

DATED this 28th day of January, 2019.

_____
**UNITED STATES
DISTRICT COURT JUDGE**