**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually;<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST, a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual, TOMISHA HORN, an Individual;<br><br>Defendants. | CASE NO.: 2:17-cv-02380-MMD-PAL<br><br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EMERGENCY*** **MOTION TO EXTEND TIME FOR PLAINTIFFS' COUNSEL TO FILE PROOF OF BLOCKED TRUST ACCOUNT (ECF NO. 86)** |

This matter came before the Court upon request of Plaintiff S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, by and through their counsel of record, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW, pursuant to their *Emergency Motion to Extend Time for Plaintiffs' Counsel to File Proof of Blocked Trust Account,* and the Court having fully considered the matter and being fully familiar with the pleadings and papers on file herein, the Court finds as follows:

Plaintiffs' counsel shall have an additional thirty (30) days, up to and including March 3, 2019, to file proof that a blocked account has been set up for Plaintiff S.H. JOHN DOE, and that settlement proceeds have been deposited.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 5, 2019

Respectfully submitted by:

**LAGOMARSINO LAW**

_____ 2/4/19
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiffs*
*S.H. John Doe and A.O. Jane Doe*