CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
ctyler@hpslaw.com
zthompson@hpslaw.com
*Attorneys for Defendants Eagle Quest of Nevada, Inc.,
Eagle Quest, Ivan Ray Tippetts and Leslie Tippetts*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S.H. JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, A.O. JANE DOE, an Individual; A.O. JANE DOE, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; KEVIN BROWN, an Individual; JULIANE HUGHES, an Individual; EAGLE QUEST OF NEVADA, INC., a Nevada Corporation; EAGLE QUEST, a Nevada Domestic Corporation; IVAN RAY TIPPETTS, an Individual; LESLIE TIPPETTS, an Individual; SHERA WILLIAMS, an Individual; TOMISHA HORN, an Individual; ILIA HAMPTON, LCSW, QMPH, an Individual; TRENT HANSEN, LCSW, an Individual;<br><br>Defendants. | CASE NO. 2:17-cv-02380<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS EAGLE QUEST OF NEVADA, INC., EAGLE QUEST, IVAN RAY TIPPETTS AND LESLIE TIPPETTS WITH PREJUDICE** |

COME NOW, Plaintiffs S.H. JOHN DOE and A.O. JANE DOE, by and through their counsel of record, Andre M. Lagomarsino, Esq., and Defendants EAGLE QUEST OF

NEVADA, INC., EAGLE QUEST, IVAN RAY TIPPETTS and LESLIE TIPPETTS, by and through their counsel of record, Casey W. Tyler, Esq. and Zachary J. Thompson, Esq., and hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. That Defendant EAGLE QUEST OF NEVADA, INC. may be dismissed, with prejudice, from the instant litigation in case no. 2:17-cv-02380, with each party to bear its own attorneys' fees and costs; and

2. That Defendant EAGLE QUEST may be dismissed, with prejudice, from the instant litigation in case no. 2:17-cv-02380, with each party to bear its own attorneys' fees and costs; and

3. That Defendants IVAN RAY TIPPETTS and LESLIE TIPPETTS may be dismissed, with prejudice, from the instant litigation in case no. 2:17-cv-02380, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of February, 2019.

LAGOMARSINO LAW

_____
ANDREW L. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Parkway, #241
Henderson, NV 89052
*Attorneys for Plaintiff*

DATED this 21 day of February, 2019.

HALL PRANGLE & SCHOONVELD LLC

_____
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 11001
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendants Eagle Quest of Nevada, Inc., Eagle Quest, Ivan Ray Tippetts and Leslie Tippetts*

///

///

*S.H. Doe, et al. v. Clark County, et al.*
*Case No. 2:17-cv-02380-MMD-PAL*
*Stipulation and Order to Dismiss Defendants*
*Eagle Quest of Nevada, Inc., Eagle Quest,*
*Ivan Ray Trippetts and Leslie Tippetis with Prejudice*

### ORDER

Pursuant to the foregoing stipulation of counsel for the moving parties, and good cause appearing therefore:

**IT IS SO ORDERED.**

_____
UNITED STATE DISTRICT COURT JUDGE

DATED: February 21, 2019

4832-2450-6760, v. 1