**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
T: (702) 383-2864
F: (702) 383-0065
*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.O. JANE DOE, as Natural Parent and Legal Guardian of minor S.H. JOHN DOE,<br><br>Petitioner. | CASE NO: 2:17-cv-02380-MMD-PAL<br><br>**ORDER GRANTING PETITION TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM  (ECF NO. 107)** |

**IT IS HEREBY ORDERED** that the Motion for Disbursement of Funds (ECF No. [107]) is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that the Wells Fargo blocked trust account ending in 6629 be closed, and that all funds in that account be distributed to S.H. JOHN DOE.

DATED: October 24, 2024

_____
UNITED STATES DISTRICT JUDGE

Page 1 of 1